

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00593-CV

Alvin M. **BURNS**, I.M. Burns, Dimmit County, Hakim Dermish,
Robert L. Ramirez and Edward J. Dryden,
Appellants

v.

**ROSETTA RESOURCES, LTD.**, a/k/a Rosetta Resources, Inc., Eusebio Cantu Torres,
Eusebio Torres, Jr., Gladiator Energy Services, LLC,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-07-11738-DCV
Honorable David Peeples, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED as to appellant Hakim Dermish. Costs of the appeal will be assessed upon final disposition of this appeal.

SIGNED January 11, 2017.

_____
Rebeca C. Martinez, Justice